NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
kimberly.frayn@usdoj.gov
*Representing the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERTO ALVAREZ-ARIAS,<br><br>        Defendant. | Case No. 2:19-CR-00218-JCM-DJA<br><br>**Stipulation To Continue Sentencing Hearing**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender and Brandon Jaroch, Assistant Federal Public Defender, counsel for ROBERTO ALVAREZ-ARIAS, ("Alvarez"), that the sentencing hearing in the abovementioned case, which is currently scheduled for April 17, 2020 at 11:00 a.m., be continued and reset to June 5, 2020 at 11:00 a.m. for the following reasons:

      1.      The parties need additional time to prepare for the sentencing hearing.

2. In light of the COVID-19 pandemic, the Centers for Disease Control and Prevention's recommendations[1], and the District Court's Temporary General Orders,[2] the parties seek to schedule a sentencing hearing on June 5, 2020 at 11:00 a.m. to allow time for planning a hearing that complies with the CDC's recommendations and the District Court's Temporary General Orders.

3. The defendant is incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the first stipulation to continue the hearing.

DATED this 3rd day of March, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ Brandon Jaroch<br>By_____<br>BRANDON JAROCH<br>Assistant Federal Public Defender | /s/ Kimberly M. Frayn<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/community/guidance-business-response.html

[2] *See* Temporary General Orders 2020-03 and 2020-05.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ROBERTO ALVAREZ-ARIAS,<br><br>            Defendant. | Case No. 2:19-CR-00218-JCM-DJA<br><br>**Findings Of Fact, Conclusions Of Law And Order** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.   The parties need additional time to prepare for the sentencing hearing.

2.   In light of the COVID-19 pandemic, the Centers for Disease Control and Prevention's recommendations, and the District Court's Temporary General Orders, the parties seek to schedule a sentencing hearing on June 5, 2020 at 11:00 a.m. to allow time for planning a hearing that complies with the CDC's recommendations and the District Court's Temporary General Orders.

3.   The defendant is incarcerated and does not object to the continuance.

4.   The parties agree to the continuance.

5.   The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time within which adequately prepare for the sentencing hearing. Additionally, denial of this request for continuance could result in a miscarriage of justice, and the ends of justice served by granting this request, outweigh the best interest of the public and the defendant in a speedy hearing.

6. This is the first stipulation to continue the hearing.

**ORDER**

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matters, currently scheduled for April 17, 2020, be vacated and continued to June 5, 2020, at the hour of 11:00 a.m.

DATED April 8, 2020.

_____
HONORABLE JAMES C. MAHAN
United States District Court Judge